UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE VEGA MARIN,

           Plaintiff,

   v.                          07 Civ. 6191 (GEL)

SIXTH AVE. SHOE REPAIR CORP. d/b/a/
ANDRADE GENERAL SHOE REPAIR, CESAR    AFFIDAVIT OF SERVICE
ANDRADE, and MARIA TERESA ANDRADE,

           Defendants.

## AFFIRMATION OF SERVICE

I, CHRISTIAN JURADO, being duly sworn, says:

1. I am not a party to the action, I am over the age of 18 years, and I reside in Queens, New York.

2. On July 6, 2007 at 1:54 p.m. I served Defendants Cesar Andrade and Maria Teresa Andrade by providing by hand two true and correct copies of the stamped Summons and Complaint in the above referenced action to Maria Teresa Andrade, a Hispanic woman who was working at "Andrade Shoe Repair," located at 103 University Place, New York, New York.

3. On July 9, 2007 at 1:16 p.m. I served Defendant Sixth Ave. Shoe Repair Corp. by providing by hand one true and correct copy of the stamped Summons and Complaint in the above referenced action to Cesar Andrade, a Hispanic man who upon information and belief is an agent designated to

receive service on behalf of Defendant, at "Andrade General Shoe Repair," located at 487 Sixth Avenue, New York, New York.

*CHRISTIAN JURADO*

Sworn to before me this
13th day of July 2007

_____
Notary Public

AMY HOZER
Notary Public, State of New York
No. 02HO6117138
Qualified in New York
Commission Expires October 18, 2008