UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE VEGA MARIN,

        Plaintiff,

v.

SIXTH AVE. SHOE REPAIR CORP. d/b/a/ ANDRADE GENERAL SHOE REPAIR, CESAR ANDRADE, and MARIA TERESA ANDRADE,

        Defendants.

07 Civ. 6191 (GEL)

**AFFIRMATION OF SERVICE**

## AFFIRMATION OF SERVICE

I, Molly K. Biklen, hereby declare pursuant to 28 U.S.C § 1746, that, on July 10, 2007, I mailed a true and correct copy of the stamped Summons and Complaint in the above-referenced action in a plain envelope marked "Personal and Confidential" to Cesar Andrade at the following address:

    Sixth Ave. Shoe Repair Corp.
    487 Sixth Avenue
    New York, NY 10003.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    July 16, 2007
            New York, NY

                                              _____
                                              Molly K. Biklen