UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JORGE VEGA MARIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 07 Civ. 6191 (GEL) |
| SIXTH AVE. SHOE REPAIR CORP. d/b/a/ ANDRADE GENERAL SHOE REPAIR, CESAR ANDRADE, and MARIA TERESA ANDRADE, | ) ) AFFIRMATION OF SERVICE ) |
| Defendants. | ) |

### AFFIRMATION OF SERVICE

I, Molly K. Biklen, hereby declare pursuant to 28 U.S.C § 1746, that, on July 10, 2007, I mailed a true and correct copy of the stamped Summons and Complaint in the above-referenced action in a plain envelope marked "Personal and Confidential" to Cesar Andrade at the following address:

> Sixth Ave. Shoe Repair Corp.
> 487 Sixth Avenue
> New York, NY 10011.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   July 16, 2007
         New York, NY

_____
Molly K. Biklen