UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE VEGA MARIN,

                    Plaintiff,

        v.                                    07 Civ. 6191 (GEL)

SIXTH AVE. SHOE REPAIR CORP. d/b/a/
ANDRADE GENERAL SHOE REPAIR, CESAR      NOTICE OF APPEARANCE
ANDRADE, and MARIA TERESA ANDRADE,

                    Defendants.

        **PLEASE TAKE NOTICE** that the undersigned is an attorney of record for

plaintiff JORGE VEGA MARIN, and her address and telephone number are set forth

below.


Dated: New York, New York
        August 14, 2007


                        YISROEL SCHULMAN, ESQ. (YS 3107)
                        NEW YORK LEGAL ASSISTANCE GROUP
                        Attorney for Plaintiff Jorge Vega Marin



                        By: _____/s_____
                            Elena Goldstein, of Counsel (EG 8586)
                            450 West 33rd Street, 11th Floor
                            New York, New York  10001
                            Tel.  (212) 613-5024

**CERTIFICATION OF SERVICE**

   Elena S. Goldstein, attorney for plaintiff, hereby certifies as follows: I have, on

the 14th day of August 2007, caused to be served by depositing the papers addressed as

stated below in a mailbox under the exclusive control of the United States Postal Service

true and correct copies of the attached Notice of Appearance to:


     Kenneth Geller, Esq.
     Kenneth Geller P.C.
     372 Doughty Blvd.
     Inwood, NY 11096
     Attorney for the Defendant



  /s_____
Elena S. Goldstein
Attorney for Plaintiff