UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JORGE VEGA MARIN,

                      Plaintiff,

    -against-

SIXTH AVE. SHOE REPAIR CORP., et al.,

                    Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07

07 Civ. 6191 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    The Court having been informed that the parties have reached a settlement in principle of this case, it is hereby:

    ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days. If an application to restore the action is timely, then the Court will determine whether it would be appropriate to extend discovery for a brief period and re-schedule the post-discovery conference.

SO ORDERED.

Dated: New York, New York
       December 12, 2007

                                            _____
                                            GERARD E. LYNCH
                                            United States District Judge